**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6625

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

BYRON CRAIG, JR.,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Ellen Lipton Hollander, Senior District Judge. (1:18-cr-00450-SDT-5)

Submitted: December 20, 2022                    Decided: December 27, 2022

Before NIEMEYER and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Byron Craig, Jr., Appellant Pro Se. Michael Francis Davio, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Byron Craig, Jr., appeals the district court's order denying his motion for compassionate release and denying his motion seeking to alter his restitution obligation. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Craig*, No. 1:18-cr-00450-SDT-5 (D. Md. May 13, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*